```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TODD COX | : | NO. 08-135 |

## ORDER

AND NOW, this 19th day of February 2008, upon the representation of counsel that the issue raised in the motion for a preliminary injunction has been resolved,

IT IS hereby ORDERED that the Motion for Preliminary Injunction is DISMISSED AS MOOT.  IT IS further ORDERED that counsel for the plaintiff shall notify the Court within 20 days whether or not this case can be dismissed pursuant to Federal Rule of Civil Procedure 41(a).

BY THE COURT:

/s/ John P. Fullam
Fullam,          Sr. J.