**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, INC. | : | CIVIL ACTION |
|     Plaintiff | : | |
|     v. | : | No. 08-0135 |
| TODD COX | : | |
|     Defendant | : | |

**ORDER**

AND NOW, this _____ day of _____, 2008, it is hereby ORDERED and DECREED that this action is dismissed without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(2).

_____
HONORABLE JOHN P. FULLAM
United States District Court Judge